UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UMG RECORDINGS, INC., et al.,

    Plaintiffs,

v.

CODIE CUNDIFF,

    Defendant.

CASE NO. C08-5267BHS

ORDER OF REFERENCE

To promote efficiency and consistency, the active judges of the Western District of Washington have decided that the Honorable Robert S. Lasnik, Chief United States District Judge, will handle all pretrial matters in the above-captioned matter and the related cases filed by Plaintiffs. Chief Judge Lasnik shall have the power to set and to amend all pretrial and trial schedules, and to rule upon any pretrial matters, including, without limitation, dispositive motions and motions for reconsideration. All future pleadings in this matter shall bear the following cause number and designation:

**C08-5267BHS(RSL)**
**Yarmuth File Sharing Litigation**

Chief Judge Lasnik's name must appear in the upper-right corner of the first page of all pleadings and papers filed in this matter.

DATED this 30th day of April, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER